# UNDER SEAL

# UNDER SEAL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, *ex rel.* POUPAK ZIAEI,

    Plaintiff,

v.

IPC THE HOSPITALIST CO., INC., *et al.*,

    Defendants.

Case No.: 2:12-cv-1918-GMN-VCF

## ORDER

The United States and Relator having submitted their Joint Notice of Voluntary Dismissal of all Defendants in this matter, pursuant to Federal Rule of Civil Procedure 41(a) and 31 U.S.C. §3730(b)(1) and for good cause shown, the Court rules as follows:

IT IS HEREBY ORDERED:

1. All claims in this action against Defendants IPC The Hospitalist Company, Inc.; Inpatient Consultants of Nevada, Inc.; Hospitalists of Nevada, Inc.; Muhammed A. Syed, M.D.; and Jorge Solis-Valdez, M.D. be and hereby are dismissed without prejudice;

2. The complaint be unsealed;

3. All other contents of the Court's file in this action remain under seal and not be made public or served upon Defendants, except for the United States' Notice of Election to Intervene Against All Defendants, the United States' and Relator's Joint Notice of Voluntary Dismissal of This Action, and this Order; and

///

///

///

4

4. The seal be lifted as to all matters occurring in this action after the date of this Order.

**So ORDERED,** this 11th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE